IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv649

| ROBYN MILFORD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| PLANET AID, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court upon Plaintiff's "Application for Leave to Proceed In Forma Pauperis," filed December 20, 2010 (Doc. No. 2).

By her Application, Plaintiff seeks to proceed with her Complaint against Defendant (Doc. No. 1) without having to prepay the costs associated with bringing this action. Petitioner avers that she is working but earning $2000.00 per month which is less than her monthly bills which total $2,223.00. She also states that she has no money in the bank and owns nothing of value other than the vehicle she drives. Based on the foregoing, it appears that Plaintiff does not have sufficient resources from which to pay the costs of this action.

The court has reviewed the Plaintiff's Complaint. Plaintiff fails to establish how this court has any jurisdiction over this matter, and indeed it appears that the court is without jurisdiction to entertain this case. Therefore the court will dismiss the Complaint.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's application to proceed in forma pauperis is hereby GRANTED;

(2) The Clerk shall file this matter as a civil matter without the service of process; and

(3) The Complaint is hereby DISMISSED for lack of jurisdiction.

The Clerk of Court is instructed to serve this Order on Plaintiff at 8947 Myra Way, Charlotte, NC 28215.

Signed: December 22, 2010

Graham C. Mullen
United States District Judge